## G. W. Furlow v. The State.

### No. 8849.  Decided October 29, 1924.

### No motion for rehearing filed.

**Manufacturing Intoxicating Liquors.**

There is no statement of facts nor bills of exception in this record. Affirmed.

Appeal from District Court of Nacogdoches County. Tried below before the Hon. L. D. Guinn, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant:

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Nacogdoches County of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The record is before us without bills of exception or statement of facts, and the indictment appears regular and the charge of the court sufficiently presents the law. No error appearing, the judgment will be affirmed.

*Affirmed.*